ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Raytheon Company | ) ASBCA No. 63613 |
| | ) |
| Under Contract No. FA8705-14-C-0001 *et al.* | ) |

APPEARANCES FOR THE APPELLANT:           Dhananjay S. Manthripragada, Esq.
                                            Gibson, Dunn & Crutcher LLP
                                            Los Angeles, CA

                                          Lindsay M. Paulin, Esq.
                                            Gibson, Dunn & Crutcher LLP
                                            Washington, DC

APPEARANCES FOR THE GOVERNMENT:           Samuel W. Morris, Esq.
                                            DCMA Chief Trial Attorney
                                          Alexander M. Healy, Esq.
                                            Trial Attorney
                                            Defense Contract Management Agency
                                            Hanscom AFB, MA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: July 10, 2023

RICHARD SHACKLEFORD
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63613, Appeal of Raytheon Company, rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals